67 A.3d 757

Craig SAUNDERS, Appellant

v.

COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS; S.C.I., Rockview Incoming Publication Review Committee; S.C.I. Rockview Superintendent Marirosa Lamas; Pennsylvania Department of Corrections Chief Grievance Officer Dorina Varner, Appellees.

Supreme Court of Pennsylvania.

May 28, 2013.

## ORDER

PER CURIAM.

AND NOW, this 28th day of May, 2013, the Order of the Commonwealth Court is hereby AFFIRMED.